# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BINIEK and MARIA BINIEK, | : |
| Plaintiffs | : CIVIL ACTION NO. 3:14-1154 |
| v | : (JUDGE MANNION) |
| MARMAXX OPERATING CORP. and JOFRAN SALES, INC., | : |
| Defendants | : |

## O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Marmaxx's motions in limine, (Docs. 30, 32), are **DENIED WITHOUT PREJUDICE**.

2. Marmaxx's motion in limine, (Doc. 34), is **DENIED IN ITS ENTIRETY**.

3. Jofran's motion in limine, (Doc. 36), to preclude lay opinion testimony is **GRANTED IN PART** and **DENIED IN PART**.

4. Plaintiffs' motion in limine, (Doc. 38), is **DENIED, IN PART, WITHOUT PREJUDICE** and, **DENIED** regarding Ferguson's opinions that the chair was properly designed and assembled.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: September 30 , 2015